IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HERBERT HOUSE, JR.,**

       Petitioner,

v.                                        CASE NO.  4:13-cv-405-MW/CAS

**MICHAEL CREWS, Secretary,
Florida Department of Corrections,**

       Respondent.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

       This Court has considered the Magistrate's Report and Recommendation, ECF No.16, filed May 29, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 17.  Upon consideration

       IT IS ORDERED:

       The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Respondent's motion to dismiss, ECF No.13, is **GRANTED**.  The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED as untimely**.  A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall

1

close the file.

**SO ORDERED on June 18, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
